STATE v. SMITH

No. 515P00

Case below: 140 N.C. App. 385

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. SMITH

No. 404A00

Case below: 139 N.C. App. 209

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000.

STATE v. STEWART

No. 479P00

Case below: 134 N.C. App. 733

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.

STATE v. STRICKLAND

No. 466P00

Case below: 139 N.C. App. 835

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. TUCKER

No. 113A96-2

Case below: Forsyth County Superior Court

Motion by defendant to stay execution of death sentence allowed 28 November 2000. Motion by defendant for stay of execution dismissed as moot 28 November 2000 (see order re 6 November motion for stay of execution).

Defendant petitioner's co-counsel, David B. Smith, having asserted in an affidavit presented to this Court that he deliberately